**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TD Professional Services,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Truyo Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-22-00018-PHX-MTL<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for Leave to Amend the Complaint. (Doc. 50). Defendants did not respond, and Plaintiff's Motion does not indicate whether it sought Defendants' consent to amend before filing this Motion.

　　　　Federal Rule of Civil Procedure 15(a) provides that leave to amend should be freely granted "when justice so requires." Fed. R. Civ. P. 15(a)(2). "The power to grant leave to amend ... is entrusted to the discretion of the district court, which 'determines the propriety of a motion to amend by ascertaining the presence of any of four factors: bad faith, undue delay, prejudice to the opposing party, and/or futility.'" *Serra v. Lappin*, 600 F.3d 1191, 1200 (9th Cir. 2010) (quotation omitted).

　　　　Plaintiff seeks to amend its Complaint to conform it to the Court's June 15, 2022 Scheduling Order. (Doc. 50 at 2). Plaintiff seeks to: remove its aiding and abetting claim (Count III) that the Court previously dismissed at the June 15, 2022, case management conference after oral argument on Defendants' Motion to Dismiss; clarify its inducement allegations under 35 U.S.C. § 271; and make minor changes to the factual allegations for

clarity. (*Id.* at 2).

The Court has reviewed Plaintiff's proposed amendments and does not find that any of the relevant factors weigh against allowing the amendments.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion (Doc. 50) is **GRANTED**, for the reasons stated herein.

**IT IS FURTHER ORDERED** that Plaintiff's file and serve on Defendants a clean copy of their First Amended Complaint by Friday, August 12, 2022.

**IT IS FURTHER ORDERED** that Defendants respond to Plaintiff's First Amended Complaint within the time limits prescribed in the Federal Rules of Civil Procedure.

Dated this 8th day of August, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge