WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TD Professional Services,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Truyo Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-22-00018-PHX-MTL<br><br>**ORDER** |

Before the Court is Defendant's motion to seal (Doc. 156) Exhibit D in support of its response to Plaintiff's motion for sanctions (Doc. 154). The motion to seal is unopposed.

The public has a right to inspect and copy public judicial records and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 567 (1978). Although that right is not absolute, there is a "strong presumption in favor of access to court records." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Foltz v. State Farm Mut. Aut. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The party seeking to seal a judicial record bears the burden of overcoming that presumption by either showing "compelling reasons" if the record is a dispositive motion or "good cause" if the record is a non-dispositive motion. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006); *see also Ctr. for Auto Safety*, 809 F.3d at 1096–97.

Defendants asks the Court to seal Exhibit D, which is part of its response to Plaintiff's motion for sanctions related to a discovery dispute—a non-dispositive motion. (Doc. 156; Doc. 158.)

The Court finds good cause exists for filing Exhibit D under seal. Exhibit D contains confidential financial and client information related to the Truyo Platform (*see* Doc. 158), which if made public may cause Defendants competitive harm upon its public disclosure. *See BBK Tobacco & Foods LLP v. Cent. Coast Agric. Inc.*, 2021 WL 5578864, at *4 (D. Ariz. Nov. 29, 2021) ("Past financial data may meaningfully predict a company's future business plans, such that public disclosure of such information may provide a competitive advantage to a company's competitors." (cleaned up).)

Accordingly,

**IT IS ORDERED** granting Defendants' motion to seal (Doc. 156).

**IT IS FURTHER ORDERED** directing the Clerk of Court to file under seal Proposed Exhibit D (lodged January 25, 2024, at Doc. 158).

Dated this 8th day of May, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge